United States District Court
Southern District of Texas

**ENTERED**

August 27, 2019

David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **LUIS NAVARRETE, individually, and on behalf of all others similarly situated under 29 U.S.C. § 216(b)** | |
| *Plaintiff,* | |
| **v.** | **Civil No. 4:19-cv-00409** |
| **CARMENGIO'S, LLC** | |
| *Defendant.* | |

## ORDER

On this day, the Court considered Plaintiff's Request for Entry of Default Judgment. Having considered the pleadings on file, the evidence, and the arguments of counsel, the Court is of the opinion that Plaintiff's request should be, and is hereby, **GRANTED**.

It is therefore, **ORDERED** that, Plaintiff's request for entry of default against Carmengio'S, LLC be, and is hereby, granted

against Carmengio'S, LLC and in favor of Luis Navarrete.

The Court further ORDERS Plaintiff to file a motion for default judgment against Carmengio'S, LLC within fourteen (14) days from the date of this order.

It is so ordered.

SIGNED at Houston, Texas, this 27th day of August , 2019.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE