United States District Court
Southern District of Texas
**ENTERED**
May 21, 2020
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **LUIS NAVARRETE** <br><br> *Plaintiff,* <br><br> **v.** <br><br> **CARMENGIO'S, LLC** <br><br> *Defendant.* | **Civil No. 4:19-cv-00409** |

## <u>FINAL JUDGMENT</u>

Before the Court is Plaintiff's Motion for Default Judgment [Doc 30]. Having considered the pleadings on file, the evidence, and the arguments of counsel, the Court is of the opinion that **FINAL JUDGMENT** should be, and is hereby, **ENTERED** against Carmengio's, LLC and in favor of Luis Navarrete in the amount of Twenty Two Thousand Nine Hundred Eighty Five and 46/100s Dollars ($22,985.46), which includes $4,373.46 for unpaid wages and liquidated damages and $18,612.00 for attorneys' fees and costs. Post-judgment interest shall accrue at a rate of .16%, computed daily and compounded annually, on the unpaid balance from the date of entry of this judgment until the full amount of the judgment is paid.

This is a Final Judgment that disposes of all claims, is final, and appealable.

Signed: ____May 21, 2020____, 2020.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1